UNITED STATES of America,
Plaintiff—Appellee,

v.

Rickey D. ROSS, Defendant—
Appellant.

No. 02–50226.
D.C. No. CR–95–00353–H.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 7, 2003.*

Decided July 1, 2005.

Bill Gallo, Mark R. Rehe, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Frank J. Ragen, San Diego, CA, for Defendant–Appellant.

Before KOZINSKI and T.G. NELSON, Circuit Judges, and RESTANI,** Judge.

## MEMORANDUM***

Ross argues that his sentence violates the Sixth Amendment and must be remanded for a new trial or resentencing. Consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), we "remand to the district court . . . for the [limited] purpose of ascertaining whether the sentence imposed would have been materially different had the district court known that the sentencing guidelines were advisory." *Id.* at 1074–75.

REMANDED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.